US District court of
Western District of Washington

to: clerk of the court,

| | |
|---|---|
| David Maier | Civil action |
| V. | NO: 18-CV-00390-JLR-JR |
| Deputy mcpherloin | 18-CV-00390-JLR-JPD |
| Deputy Robert Packard | |
| Responsible Jail Medical staff | |

FILED
LODGED
RECEIVED    MAIL

APR 09 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

Can you please let me know where my 1983 is at in the process, I sent in the my history of inmate funds for the last 6 months and the correct informa pauperis forms, about 3 weeks ago and I have not recieved any Response, can you please notify me of any information on this case and please send me an application for appointment of counsel?

please & thank you.

Sincerly
David Maier

David Maier #802
Whatcom County Jail
311 Grand Ave
Bellingham WA 98225

David Reid #48802
Whatcom county Jail
311 Grand Ave
Bellingham WA 98225

LEGAL MAIL

SEATTLE WA 980
06 APR 2018 PM 4 L

WHATCOM COUNTY JAIL

FILED
LODGED
RECEIVED

APR 09 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

clerk of the court
US District court
united states courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

98101-444285



LEGAL MAIL