United States District Court
Western District of Washington

David Maier
(Plaintiff)

V.

Deputy Matt Chisoin

Deputy Robert Pachard
et. al.

Case No. 18-CU-00390-JLR-JPD

Declaration of
David Charles Maier

6/15/18

The documents that the defendants filed and signed that I did not exhaust all of my remedies before filing my lawsuit, is not true.

I recently sent a public records request to Whatcom county Jail for copies of all those documents and documents of my medical records so I can adjust the complaint to put the names of the responsible jail health staff I would like to ad chief Wendy Jones to the list of defendants.

I have already requested the names of the responsible Jail health staff but she denied me while I was still in Whatcom county Jail. Chief Wendy Jones is

Western District of Washington.

6/15/18 Clerk of the court, Case #18-CV-00390-JLR-JPD

please file the following documents, Whatcom county Jail is holding evidence in my case from me and I dont know what to do. I've been trying to reach lawyers and had no success in getting one to take this case pro Bino.

Can you please send me a motion to Modify my original complaint, and or a request/to do so. also, if you can please send me Federal court rules because I have limited access to the law library, please.

Thank you for all of your help.

Sincerly

/David Maier

United States District Court
Western District of Washington

Case No. 18-CV-00390-JLR-JPD

is the top of the Grievance
procedure in whatcom county Jail and
she is a witness, and is withholding
all of my evidence from me.

I've also recently filed in this
case a request for appointment of council,
Im asking the court again to please GRant
me to proceed with council. Ive made
several attempts with much effort and no
success such as:

law office of David Robinson
Scott railton
law office of Robert Butler
Jeff Thigten
Saar Lisa pLLC

The Defendants have a high paid,
with many years of expierance lawyer and
prosecutes on their side. Im Just a
inmate in a recieving unit still with
limited access to the law library.

David Maier

6/15/18

*Western district of Washington*
*Case number: 18-CV-00390-JLR-JPD*

# WHATCOM COUNTY SHERIFF'S OFFICE
## MEMORANDUM

DATE: 06/12/18

TO: David Maier DOC # 338250

FROM: Chief Wendy Jones

RE: Public Records Requests 2018-194

---

Mr. Maier:

Your public records request has been forwarded to me and was received on 06-11-2018. Please consider this my initial response.

Your request if for copies of the "central file in the Whatcom County jail including grievances, medical records, mental health records, grievance appeals, kites, everything in your central file". We actually keep 2 different sets of records; one pertaining to the custody documents and one pertaining to your health care records.

The Form you used to request these documents specify that the copying is to be done only upon written request and from an itemized list prepared after review of records and documents. While I am happy to give you a document page count for the 2 sets, staff will not compile an itemized list of the documents in those files.

The page count for your custody file is 121 pages. Cost per page is $0.15, for a total cost of $18.15.

The page count for your medical records is 153 pages. Cost per page is #0.15, for a total cost of $22.95.

The total cost for copies of all records will be $41.10. Postage will also be charged. Estimate of that cost is $2.00, for an estimated total cost of $43.10. Fees need to be paid in advance.

If you decide you would like some/all of these records, please let me know and I will send you the information on how and where to pay the copy/postage fees.

Please let me know if you have any questions.


CC: File
    Public Records Office