1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10  DAVID CHARLES MAIER,                     CASE NO. C18-0390JLR-MLP

11                     Plaintiff,            ORDER

              v.
12
    JAIL HEALTH STAFF,
13
                       Defendant.
14

15      On October 24, 2018, Magistrate Judge James P. Donohue issued a report and

16  recommendation recommending that Plaintiff David Charles Maier's complaint be

17  dismissed without prejudice and with leave to amend.  (R&R (Dkt. # 21).)  On November

18  20, 2018, the court issued an order adopting Magistrate Judge Donohue's report and

19  recommendation.  (11/20/18 Order (Dkt. # 23).)  The court granted Mr. Maier leave to

20  file an amended complaint within thirty (30) days from the date on which the order was

21  signed.  (*Id.* at 1.)  The court also ordered that, if Mr. Maier failed to file an amended

22  //

ORDER - 1

complaint within that timeframe, the Clerk should "terminate" the action without further order of the court. (*Id.* at 1-2.)

Instead of filing an amended complaint, Mr. Maier filed a notice of appeal. (*See* Notice (Dkt. # 26).) The Ninth Circuit Court of Appeals ruled that it did not have jurisdiction over Mr. Maier's appeal because the order he challenged was "not final or appealable." (9th Cir. Order (Dkt. # 28).) Because Mr. Maier failed to file an amended complaint within the thirty-day timeframe set forth by this court in its November 20, 2018, order, the court now DISMISSES Mr. Maier's complaint without further leave to amend. The court DIRECTS the Clerk to close this matter.

Dated this 5th day of May, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2